IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JEREMIAH D. WARE and | ) Case No. 3:23-cv-10 (CAR) |
| WONDERWARE, INC. d/b/a CORE | ) |
| BUSINESS TECHNOLOGIES | ) |
| | ) |
| | ) |
| Defendants. | ) |

## AGREED PERMANENT INJUNCTION AND ORDER OF DISMISSAL

Upon consideration of the Parties' agreement to resolve the above-captioned litigation, including Plaintiff Wells Fargo Bank, N.A's. ("Wells Fargo" or the "Bank") claims against Defendants Jeremiah D. Ware ("Ware") and Wonderware, Inc. d/b/a Core Business Technologies ("CORE") (Wells Fargo, Ware, and CORE are referred to collectively as the "Parties"), which claims Defendants expressly deny, it is hereby ORDERED that:

1.      Defendants are hereby restrained from retaining, disclosing, or using any information belonging to Wells Fargo that constitutes a Trade Secret (as defined in the Georgia Trade Secrets Act, O.C.G.A. § 10-1-760 *et seq*) or Confidential Information (as that term is defined in the Wells Fargo Confirmation of Telecommuting Arrangement attached to the Bank's Complaint as Exhibit B).

2.  For a period of one year from the date set forth below, Ware is hereby restrained from soliciting business from any of the customers with whom he had business-related contact in his last year working for Wells Fargo. To the extent that Ware has any questions as to whether an entity is covered by this restriction, then he shall reach out to Wells Fargo's Head of Small Business Merchant Services (a position currently held by Steve Moss) for clarification.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce the terms of this Agreed Permanent Injunction and Dismissal Order which shall become effective upon the entry of this Order, and the terms of the Parties' Settlement Agreement.

IT IS FURTHER ORDERED that this Order shall constitute Final Judgment as to all claims, counterclaims, and parties in the above-captioned litigation, and as no further matters remain pending shall be dismissed with prejudice, with each Party to bear its and his own attorneys' fees and costs.

**IT IS SO ORDERED**.

s/Tilman E. Self, III
_____
HONORABLE TILMAN E. SELF, III
UNITED STATES JUDGE

February  16 , 2024

AGREED TO:

/s/ Michael P. Elkon
_____
Michael P. Elkon
Georgia Bar No. 243355
**FISHER & PHILLIPS LLP**
1230 Peachtree Street, NE, Suite 3300
Atlanta, Georgia 30309
Tel: (404) 231-1400
melkon@fisherphillips.com


ATTORNEY FOR PLAINTIFF WELLS FARGO BANK, N.A.


/s/ Lisa D. Taylor
_____
Lisa D. Taylor
Georgia Bar No. 235529
John T. Stembridge
Georgia Bar No. 678605
**STEMBRIDGE TAYLOR LLC**
3651 Mars Hill Rd. Ste. 2900-B
Watkinsville, GA 30677
Tel: (404) 604-2691
lisa@stembridgetaylor.com

ATTORNEYS FOR DEFENDANTS